**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Marco Antonio GARCIA–ECHAVER-**
**RIA, also known as Marco Garcia–**
**Echaverria, Defendant–Appellant.**

**No. 08–40825**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal, Public Defender Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Marco Antonio Garcia–Echaverria raises arguments that are foreclosed by *United States v. Lopez–Ortiz,* 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceed-

---

ing did not render the proceeding fundamentally unfair. *See Romero–Rodriguez v. Gonzales*, 488 F.3d 672, 677 n. 5 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.